**Opinion issued August 9, 2022**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

### NO. 01-22-00539-CR

———————————

## IN RE MARCOS ANTONIO SALAS, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Marcos Antonio Salas, incarcerated and proceeding pro se, has filed a petition for writ of mandamus, seeking an order to compel the trial court to rule on a writ of habeas corpus.[1]

We deny the mandamus petition. *See* TEX. R. APP. P. 52.8(a).

---

[1]     The underlying case is *The State of Texas v. Marcos Antonio Salas*, cause number 21-CR-2035, pending in the 56th District Court of Galveston County, Texas, the Honorable Lonnie Cox presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Landau and Hightower.

Do not publish. *See* TEX. R. APP. P. 47.2(b).